RECEIVED
JUN 0 1 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| JO ANN MARTIN | CIVIL ACTION NO. 11-CV-0052 |
| VERSUS | JUDGE HAIK |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that the decision of the Commissioner of the Social Security Administration is REVERSED AND REMANDED for consideration of all of claimant's medically determinable impairments throughout the sequential evaluation and further administrative proceedings.

Thus done and signed in Lafayette, Louisiana, this 1st day of June, 2012.

Richard T. Haik
UNITED STATES DISTRICT JUDGE